**Electronically Filed
Supreme Court
SCRQ-24-0000602
17-MAR-2025
02:03 PM
Dkt. 198 OCOR**

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---o0o---

IN THE MATTER OF THE PETITION
FOR THE COORDINATION OF MAUI FIRE CASES

SCRQ-24-0000602

RESERVED QUESTIONS FROM THE CIRCUIT COURT
OF THE SECOND CIRCUIT, STATE OF HAWAI'I
(CASE NO. 2CSP-23-0000057)

RECKTENWALD, C.J., McKENNA, EDDINS, AND GINOZA, JJ.,
AND CIRCUIT JUDGE MORIKONE IN PLACE OF DEVENS, J., RECUSED

ORDER OF CORRECTION
(By: Recktenwald, C.J.)

IT IS HEREBY ORDERED that the Opinion of the Court,
filed on March 17, 2025, is corrected as follows:

On page 77, in the credits section, between lines 6
and 7 from the bottom of the page, the entity "Hope Builders
Holding LLC;" is inserted so that the text in that section
reads: "Martin Revocable Trust; Hope Builders Holding LLC; Hope
Builders LLC nka . . . ."

On page 78, in the credits section, one of the counsel names is corrected from "Tedson H. Koha" to "Tedson H. Koja" who represents defendants Hawaiian Telcom, Inc. and Cincinnati Bell Inc.

On page 79, in the credits section, two of counsel names are corrected from "Graham B. Lippsmith" to Graham B. LippSmith" and "Marybeth Lippsmith" to "MaryBeth LippSmith" who represent amicus curiae Consolidated Class Plaintiffs.

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawaiʻi, March 17, 2025.

/s/ Mark E. Recktenwald

Chief Justice

